**Order filed October 4, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00019-CV**
_____

**BAYTOWN AGAPE COMMUNITY SERVICES, INC., Appellant**

**V.**

**CITY OF BAYTOWN, Appellee**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-18127**

---

## ORDER

On August 2, 2022, appellee's unopposed motion to extend time to file appellee's brief because the parties were engaged in settlement negotiations was granted and the appeal was abated until September 26, 2022.

No motion to dismiss, other dispositive motion, motion to reinstate, or motion to continue the abatement has been filed. The appeal is reinstated. Appellee's brief is due thirty days from the date of this order.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot and Zimmerer.